UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>Defendant. | Case No. 2:14-CV-09727-JAK (RZx)<br><br>**JUDGMENT**<br><br>**JS-6** |

Upon consideration of Defendant's Motion for Summary Judgment (D.E. 19), the accompanying Statement of Uncontroverted Facts and Conclusions of Law (D.E. 20), and Plaintiff's failure to oppose to same by raising an issue of material fact, it is hereby ORDERED that judgment is entered in favor of Defendant. All dates are vacated and this matter is closed.

IT IS SO ORDERED.

Dated: June 3, 2015

_[signature]_
Honorable John A. Kronstadt
United States District Judge

JUDGMENT